CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA - FILED

OCT 2 0 2008

JOHN F. CORCORAN, CLERK
BY: [signature]

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| LINDSEY L. ROBINSON,<br>    Petitioner, | ) )<br> ) | Civil Action No. 7:08-cv-00273 |
| v. | )<br>) | **FINAL ORDER** |
| TERRY O'BRIEN,<br>    Respondent. | )<br>) | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that respondent's motion for summary judgment (docket #11) is **GRANTED**; Robinson's habeas

corpus petition is **DISMISSED**; and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum

opinion to the petitioner and counsel of record for the respondent.

ENTER: This _20th_ day of October, 2008.

_____
United States District Judge